DENNIS GEHRKE, APPELLANT, *v.* SHERIFF, CLARK COUNTY, NEVADA, RESPONDENT.

No. 6792

July 20, 1972                              498 P.2d 1316

*Alfred Becker,* of Las Vegas, for Appellant.

*Robert List,* Attorney General; *Roy A. Woofter,* District Attorney, and *Charles L. Garner,* Chief Deputy for Appeals, Clark County, for Respondent.

## OPINION

*Per Curiam:*

In this case, we believe the district court correctly determined, contrary to appellant's contentions, that there was "probable cause to believe that an offense [burglary] has been

committed and that the defendant has committed it." NRS 171.206.

Affirmed.